PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala. R.App. P.; Rule 45, Ala. R.App. P.; Ala. Code 1975, §§ 6-6-222, 6-6-280 et seq., & 35-9A-461; Woodward v. Roberson, 789 So.2d 853, 856 (Ala.2001); Perley v. Tapscan, Inc. 646 So.2d 585, 587 (Ala.1994); Davis v. Hester, 582 So.2d 538, 540 (Ala.1991); Moss v. Hall, 245 Ala. 612, 613, 18 So.2d 368, 369 (1944); Solomon v. Rogers, 210 Ala. 423, 98 So. 370 (1923); Martin v. Patterson, 975 So.2d 984, 991-92 (Ala.Civ.App.2007); Palmer v. SunBank & Trust Co., 689 So.2d 152, 153 (Ala.Civ.App.1996); and Goldsmith v. State, 709 So.2d 1352, 1353 (Ala.Crim.App.1997).
This appeal was transferred to this court by the Alabama Supreme Court pursuant to Ala.Code 1975, § 12-2-7(6).
THOMPSON, P.J., and THOMAS, J., concur.
MOORE, J., concurs specially, joined by BRYAN, J.